UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Camilo Holguin, and Astrid Coello, on behalf of
themselves and others similarly situated in the
proposed FLSA Collective Action,

                                *Plaintiff*,

    - against -

Quality Furniture NY LLC, Bargain House by Quality
Furniture Inc., Bargain House by Quality Furniture NY Inc.,
and Issa Nasrallah,

                              *Defendants*.
-------------------------------------------------------------X

Case No: 1:23-cv-00004

**AFFIRMATION OF SERVICE**

      **JASON MIZRAHI**, an attorney duly admitted to practice law in the State of New York, hereby declares that on January 5, 2023 , I have served a true and correct copy of the (i) Court Docket, as of January 5, 2023, by sending the same by overnight mail, addressed to the last known address of the recipient(s) as indicated below and upon information and belief, none of the aforesaid persons is in the military service as defined by the Act of Congress known as the "Soldiers' and Sailors' Civil Relief Act" of 1940 and in the New York "Soldiers' and Sailors' Civil Relief Act."

Quality Furniture NY LLC
381 N. Central Ave.,
White Plains, NY 10606

Bargain House by Quality Furniture NY Inc.
381 N. Central Ave.,
White Plains, NY 10606

Bargain House by Quality Furniture Inc.
110 Rockland Plaza, Space 13A,
Clarkstown, NY 10954

Issa Nasrallah
381 N. Central Ave., White Plains, NY 10606

Dated: New York, New York
         January 9, 2023

By:   /s/ Jason Mizrahi, Esq.

Jason Mizrahi, Esq.
Levin Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, NY 10165
Telephone: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiff*

Cc:     All parties via ECF