US DISTRICT COURT : SOUTHERN DISTRICT

Job #: 1527330

Attorney: LEVIN EPSTEIN & ASSOCIATES PC
Address: 60 EAST 42ND ST., STE#4700 NEW YORK , NY 10165

| CAMILO HOLGUIN, AND ASTRID COELLO, ON BEHALF OF THEMSELVES AND OTHERS SIMILARLY SITUATED IN THE PROPOSED FLSA COLLECTIVE ACTION | Index Number: 1:23-CV-00004-AT |
|---|---|
| vs  *Plaintiff* | Client's File No.: holguin vs. quality furni |
| QUALITY FURNITURE NY LLC, BARGAIN HOUSE OF QUALITY FURNITURE INC., BARGAIN HOUSE BY QUALITY FURNITURE NY INC. AND ISSA NASRALLAH | Court Date: |
| *Defendant* | Date Filed: 01/03/2023 |

STATE OF NEW YORK, COUNTY OF DUTCHESS, SS.:
ROBERTO CEDENO, being sworn says:

## AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On 03/01/2023, at 12:45 PM at: 110 ROCKLAND PLAZA, SPACE 13A, CLARKSTOWN, NY 10954 Deponent served the within SUMMONS IN A CIVIL ACTION AND COMPLAINT

On: BARGAIN HOUSE BY QUALITY FURNITURE INC., Defendant therein named.

☒ **#1 Corporation or Partnership or Trust or LLC or Non-Profit**
By delivering thereat a true copy of each to EMILY AFFEN personally. Deponent knew said corporation/partnership/trust/LLC/Non-Profit so served to be the corporation/partnership/trust/LLC/Non-Profit described in said aforementioned document as said Defendant and knew said Individual to be Manager thereof.

☒ **#2 DESCRIPTION**

| Sex: Female | Color of skin: Brown | Color of hair: Black | Glasses: |
|---|---|---|---|
| Age: 45-52 | Height: 5ft 4in - 5ft 8in | Weight: 160-190 | Other Features: |

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#4 OTHER**

Sworn to before me on 3/8/23

ROBERTO CEDENO
DCA License #

PREFERRED PROCESS SERVERS INC 166-06 24TH RD, LL, WHITESTONE, NY 11357 718-362-4890 LIC#2003142-DCA