UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Camilo Holguin, and Astrid Coello, on behalf of th

**Plaintiff(s),**

- against -

Quality Furniture NY LLC, Bargain House by Qua

**Defendant(s),**
------------------------------------------------------------X

22 Civ. 00004 (AT)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 01/01/2023 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Bargain House by Quality Furniture Inc. by personally serving Emily Affen, and proof of service was therefore filed on 03/16/2023, Doc. #(s) 16.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated:** New York, New York

March 24, 20 23

**RUBY J. KRAJICK**
**Clerk of Court**

By: _K. Mango_
**Deputy Clerk**

SDNY Web 3/2015