UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Camilo Holguin, and Astrid Coello, on behalf of th

**Plaintiff(s),**

1:23 Civ. 00004 ( AT )

**- against -**

**CLERK'S CERTIFICATE OF DEFAULT**

Quality Furniture NY LLC, Bargain House by Qua

**Defendant(s),**
------------------------------------------------------------X

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 01/01/2023 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Bargain House by Quality Furniture NY Inc. by personally serving Nancy Doughtery, and proof of service was therefore filed on 03/23/2023, Doc. #(s) 17.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

**Dated:** New York, New York

April 18, 20 23

**RUBY J. KRAJICK**
**Clerk of Court**

**By:** *K. Mango*
**Deputy Clerk**

SDNY Web 3/2015