UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Camilo Holguin, and Astrid Coello, *on behalf of themselves and others similarly situated in the proposed FLSA Collective Action*,

                Plaintiffs,

-against-

Quality Furniture NY LLC, Bargain House by Quality Furniture Inc., Bargain House by Quality Furniture NY Inc., and Issa Nasrallah,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/2023
```

23 Civ. 04 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 4, 2023, the Court ordered the parties to file a joint letter and proposed case management plan by May 1, 2023. ECF No. 8. These submissions are overdue. Defendants have not yet appeared in this action, and Plaintiffs' efforts to serve Defendant Issa Nasrallah are ongoing. *See* ECF Nos. 20, 26, 29. Accordingly, by **June 15, 2023**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: May 3, 2023
       New York, New York

                                            ANALISA TORRES
                                      United States District Judge