## LEVIN-EPSTEIN & ASSOCIAT...

60 East 42nd Street • Suite 4700 • New York, Ne...
T: 212.792-0048 • E: Jason@levinepstein...

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/2023

**<u>VIA ECF</u>**
The Honorable Analisa Torres, U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

       Re:   *Holguin et al v. Quality Furniture NY LLC et al*
            <u>**Case No.: 1:23-cv-00004-AT**</u>

Dear Honorable Judge Torres:

    This law firm represents Plaintiffs Camilo Holguin and Astrid Coello (together, the "Plaintiffs") in the above-referenced matter.

    Pursuant to Your Honor's Individual Motion Practice Rule I(C), this letter respectfully serves to request an extension of time to submit the joint letter and proposed case management plan, to a date and time set by the Court after Defendants Bargain House by Quality Furniture Inc., Bargain House by Quality Furniture NY Inc., Quality Furniture NY LLC (collectively, the "Corporate Defendants") and Issa Nasrallah (the "Individual Defendant", and collectively, the "Defendants") have appeared in the action.

    This is the first request of its nature. If granted, this request will not affect any other scheduled deadlines.

    The basis for this request is that Defendants have not yet appeared in the action.

    The undersigned intends to proceed with the initial case conference once Defendants have appeared, or alternatively, proceed with the filing of a motion for default[1], in the event of Defendants' continued non-appearance.

    Thank you, in advance, for your time and attention to this matter.

GRANTED. By **July 14, 2023**, the parties shall file their joint letter and proposed case management plan. Should Defendants not appear in this action by that date, Plaintiffs may move for default judgment in accordance with Attachment A of the Court's Individual Practices in Civil Cases.

SO ORDERED.

Dated: June 15, 2023
      New York, New York

_____
ANALISA TORRES
United States District Judge