USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/2023

# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York
T: 212.792-0048 • E: Jason@levinepstein.com

*VIA ECF*

The Honorable Analisa Torres, U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

        Re:    *Holguin et al v. Quality Furniture NY LLC et al*
               **Case No.: 1:23-cv-00004-AT**

Dear Honorable Judge Torres:

    This law firm represents Plaintiffs Camilo Holguin and Astrid Coello (together, the "Plaintiffs") in the above-referenced matter.

    Pursuant to Your Honor's Individual Motion Practice Rule I(C), this letter respectfully serves to request an extension of time to file Plaintiffs' Motion for Default Judgement from August 14, 2023, to, through and including, September 14, 2023.

    The basis of this request is that the undersigned law firm is still in the process of gathering additional information from Plaintiffs, in support of the Motion for Default Judgment. Plaintiffs' counsel anticipates being in a position to finalize and file the Motion for Default Judgment on or before September 14, 2023.

    Thank you, in advance, for your time and attention to this matter.

                    Respectfully submitted,

                    LEVIN-EPSTEIN & ASSOCIATES, P.C.

                    By:  */s/ Jason Mizrahi*

---

GRANTED. By **September 14, 2023**, Plaintiffs may file a motion for default judgment. Should Defendants appear on or before that date, Plaintiffs shall so advise the court via letter.

SO ORDERED.

Dated: August 14, 2023
       New York, New York

                                        ANALISA TORRES
                                        United States District Judge