UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Camilo Holguin, and Astrid Coello, *on behalf of*
*themselves and others similarly situated in the*
*proposed FLSA Collective Action*,

                                        *Plaintiff*,

        - against -

Quality Furniture NY LLC, Bargain House by
Quality Furniture Inc., Bargain House by Quality
Furniture NY Inc., and Issa Nasrallah,

                                        *Defendants*.
-----------------------------------------------------------X

Case No: 1:23-cv-00004


**AFFIRMATION OF SERVICE**


        **JASON MIZRAHI**, an attorney duly admitted to practice law in the State of New York, hereby

declares that on October 19, 2023, I have served a true and correct copy of the (i) the September 14, 2023

Consent to Sue, filed by opt-in Plaintiff Tomaz Laskawski [Dckt. No. 42]; and (ii) a comprehensive

summary of the content and scope of opt-in Plaintiff Tomaz Laskawski's claims, by sending the same by

USPS first-class mail, addressed to the last known address of the recipient(s) as indicated below and upon

information and belief, none of the aforesaid persons is in the military service as defined by the Act of

Congress known as the "Soldiers' and Sailors' Civil Relief Act" of 1940 and in the New York "Soldiers'

and Sailors' Civil Relief Act."


Quality Furniture NY LLC
381 N. Central Ave., White Plains, NY 10606
169-09 Jamaica Avenue, Queens, NY 11432
120 Rockland Plaza, Nanuet, NY 10954
133-40 79th Street, Howard Beach, NY 11414
14 Smart Avenue, Apt 2, Yonkers, NY 10704

Bargain House by Quality Furniture Inc.
381 N. Central Ave., White Plains, NY 10606
169-09 Jamaica Avenue, Queens, NY 11432
120 Rockland Plaza, Nanuet, NY 10954
133-40 79th Street, Howard Beach, NY 11414
14 Smart Avenue, Apt 2, Yonkers, NY 10704

Bargain House by Quality Furniture NY Inc.
381 N. Central Ave., White Plains, NY 10606
169-09 Jamaica Avenue, Queens, NY 11432
120 Rockland Plaza, Nanuet, NY 10954
133-40 79th Street, Howard Beach, NY 11414
14 Smart Avenue, Apt 2, Yonkers, NY 10704

Issa Nasrallah
381 N. Central Ave., White Plains, NY 10606
169-09 Jamaica Avenue, Queens, NY 11432
120 Rockland Plaza, Nanuet, NY 10954
133-40 79th Street, Howard Beach, NY 11414
14 Smart Avenue, Apt 2, Yonkers, NY 10704

Dated:  New York, New York
        October 19, 2023

                                              By:     /s/ Jason Mizrahi, Esq.
                                                      Jason Mizrahi, Esq.
                                                      Levin Epstein & Associates, P.C.
                                                      60 East 42nd Street, Suite 4700
                                                      New York, NY 10165
                                                      Tel. No.: (212) 792-0048
                                                      Email: Jason@levinepstein.com
                                                      *Attorneys for Plaintiffs*

Cc:     All parties via ECF