# EXHIBIT G

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

Camilo Holguin, Astrid Coello, and Tomaz Laskawski, *on behalf of themselves and others similarly situated in  the proposed FLSA Collective Action,*

Case No.: 23-cv-00004

                              *Plaintiffs*,

**AFFIRMATION OF SERVICE**

        - *against* –

Quality Furniture NY LLC, Bargain House by Quality Furniture Inc., Bargain House by Quality Furniture NY Inc., and Issa Nasrallah,

                              *Defendants*.
-----------------------------------------------------------------X

JASON MIZRAHI, an attorney duly admitted to practice law in the State of New York, hereby declares under penalty of perjury that on October 31, 2023,  I have served a copy of Plaintiffs Camilo Holguin, Astrid Coello, and Tomaz Laskawski (collectively, the "Plaintiffs"), Memorandum of Law, together with the Affidavit of Camilo Holguin (the "Holguin Aff."), the Affidavit of Astrid Coello (the "Coello Aff."), the Affidavit of Tomaz Laskawski (the "Laskawski Aff"),  and the Declaration of Jason Mizrahi (the "Mizrahi Decl.") and the exhibits annexed thereto, in support of Plaintiffs' motion for default judgment against Defendants Quality Furniture NY LLC, Bargain House by Quality Furniture Inc., Bargain House by Quality Furniture NY Inc. (collectively, the "Corporate Defendants"), and Issa Nasrallah (the "Individual Defendant", and collectively, the "Corporate Defendants") pursuant to Federal Rule of Civil Procedure ("Fed.R.Civ.P.") 55(b) (the "Motion for Default"): (i) by USPS overnight mail, addressed to the individual(s) as indicated below:

Issa Nasrallah
169-09 Jamaica Avenue, Queens, NY 11432
120 Rockland Plaza, Nanuet, NY 10954
133-40 79th Street, Howard Beach, NY 11414

Bargain House by Quality Furniture Inc.
169-09 Jamaica Avenue, Queens, NY 11432
120 Rockland Plaza, Nanuet, NY 10954
133-40 79th Street, Howard Beach, NY 11414

Bargain House by Quality Furniture NY Inc.
169-09 Jamaica Avenue, Queens, NY 11432
120 Rockland Plaza, Nanuet, NY 10954
133-40 79th Street, Howard Beach, NY 11414

Quality Furniture NY LLC
169-09 Jamaica Avenue, Queens, NY 11432
120 Rockland Plaza, Nanuet, NY 10954
133-40 79th Street, Howard Beach, NY 11414

Dated: New York, New York
          October 31, 2023

By:    /s/ Jason Mizrahi, Esq.
          Jason Mizrahi, Esq.
          Levin Epstein & Associates, P.C. 60
          East 42nd Street, Suite 4700
          New York, NY 10165
          Tel. No.: (212) 792-0048
          Email: Jason@levinepstein.com
          *Attorneys for Plaintiffs*