```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/7/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Camilo Holguin, Astrid Coello, and Tomaz Laskawski, *on behalf of themselves and others similarly situated in the proposed FLSA Collective Action*,

                Plaintiffs,

-against-

Quality Furniture NY LLC, Bargain House by Quality Furniture Inc., Bargain House by Quality Furniture NY Inc., and Issa Nasrallah,

                Defendants.

23 Civ. 04 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On November 15, 2023, the Court issued an order to show cause why default judgment should not be entered against the Defendants and ordered the Plaintiffs to serve the order, along with supporting papers, on Defendants. ECF No. 60. The Court directed Plaintiffs to file proof of service on the docket by December 6, 2023. *Id.* That submission is now overdue. By **December 11, 2023**, Plaintiff shall file proof of service.

SO ORDERED.

Dated: December 7, 2023
      New York, New York

                                      ANALISA TORRES
                                    United States District Judge