UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Camilo Holguin, Astrid Coello, and Tomaz Laskawski,

                  Plaintiffs,

-against-

Quality Furniture NY LLC, Bargain House by Quality Furniture Inc., Bargain House by Quality Furniture NY Inc., and Issa Nasrallah,

                  Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _01/30/2024_

23 Civ. 04 (AT)

**JUDGMENT**

ANALISA TORRES, District Judge:

    It is hereby ORDERED, ADJUDGED, and DECREED that default judgment is entered in favor of Plaintiffs Camilo Holguin, Astrid Coello, and Tomaz Laskawski and against Defendants Quality Furniture NY LLC, Bargain House by Quality Furniture Inc., Bargain House by Quality Furniture NY Inc., and Issa Nasrallah on Counts 1 to 4 of Plaintiffs' complaint, ECF No. 1, for the reasons stated on the record at the default hearing on January 30, 2024.

    It is further ORDERED, ADJUDGED, and DECREED that an inquest be held to determine the damages to be awarded to Plaintiffs in this action.

    SO ORDERED.

Dated: January 30, 2024
       New York, New York

                                                ANALISA TORRES
                                            United States District Judge