UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Camilo Holguin, Astrid Coello, and Tomaz Laskawski, *on behalf of themselves and others similarly situated in the proposed FLSA Collective Action,*

                                     *Plaintiffs*,

      - against –

Quality Furniture NY LLC, Bargain House by Quality Furniture Inc., Bargain House by Quality Furniture NY Inc., and Issa Nasrallah,

                                     *Defendants*.
----------------------------------------------------------------X

Case No.: 23-cv-00004

**AFFIRMATION OF SERVICE**

      JASON MIZRAHI, an attorney duly admitted to practice law in the State of New York, hereby declares under penalty of perjury that on February 22, 2024, I have served a copy of and the February 9, 2024 Scheduling Order for Damages Inquest of the Honorable Magistrate Judge Robyn F. Tarnofsky [Dckt. No. 69], Plaintiffs Camilo Holguin, Astrid Coello, and Tomaz Laskawski (collectively, the "Plaintiffs"), Proposed Findings of Fact and Conclusions of Law, together with the Affidavit of Camilo Holguin (the "Holguin Aff."), the Affidavit of Astrid Coello (the "Coello Aff."), the Affidavit of Tomaz Laskawski (the "Laskawski Aff"), the Declaration of Jason Mizrahi (the "Mizrahi Decl."), and the exhibits annexed thereto, in support of Plaintiffs' motion for default judgment against Defendants Quality Furniture NY LLC, Bargain House by Quality Furniture Inc., Bargain House by Quality Furniture NY Inc. (collectively, the "Corporate Defendants"), and Issa Nasrallah (the "Individual Defendant", and collectively, the "Corporate Defendants") (i) by USPS overnight mail, addressed to the individual(s) as indicated below:

| | |
|---|---|
| Issa Nasrallah<br>169-09 Jamaica Avenue, Queens, NY 11432<br>120 Rockland Plaza, Nanuet, NY 10954<br>133-40 79th Street, Howard Beach, NY 11414 | Bargain House by Quality Furniture Inc.<br>169-09 Jamaica Avenue, Queens, NY 11432<br>120 Rockland Plaza, Nanuet, NY 10954<br>133-40 79th Street, Howard Beach, NY 11414<br><br>Bargain House by Quality Furniture NY Inc.<br>169-09 Jamaica Avenue, Queens, NY 11432<br>120 Rockland Plaza, Nanuet, NY 10954<br>133-40 79th Street, Howard Beach, NY 11414<br><br>Quality Furniture NY LLC<br>169-09 Jamaica Avenue, Queens, NY 11432<br>120 Rockland Plaza, Nanuet, NY 10954<br>133-40 79th Street, Howard Beach, NY 11414 |

Dated: New York, New York
      February 22, 2024

                    By:    /s/ Jason Mizrahi, Esq.
                            Jason Mizrahi, Esq.
                            Levin Epstein & Associates, P.C.
                            60 East 42nd Street, Suite 4700
                            New York, NY 10165
                            Tel. No.: (212) 792-0048
                            Email: Jason@levinepstein.com
                            *Attorneys for Plaintiffs*