UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAMILO HOLGUIN, ASTRID COELLO, and TOMAZ LASKAWSKI,

                      Plaintiffs,

   -v-

QUALITY FURNITURE NY LLC, BARGAIN HOUSE BY QUALITY FURNITURE INC., BARGAIN HOUSE BY QUALITY FURNITURE NY INC., and ISSA NASRALLAH

                      Defendants.

23 Civ. 0004 (AT) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      By Order dated February 9, 2024, I directed Plaintiffs to (1) file Proposed Findings of Fact and Conclusions of Law ("Proposed Findings") in connection with calculating the amount Plaintiffs contends they are owed as a result of the default by Defendants; (2) serve a copy of the Order, the Proposed Findings with any supporting materials on Defendants prior to filing the Proposed Findings on the docket, and (3) file proof on the docket of such service on February 23, 2024. (ECF 69, February 9, 2024 Scheduling Order for Damages Inquest ("Inquest Order."))

      Plaintiffs filed the required Proposed Findings together with supporting material (ECF 70-72), but have not filed proof of service on the docket. If Plaintiffs have not served Defendants, I am sua sponte extending nunc pro tunc the deadline until October 28, 2024 for Plaintiffs to serve the Inquest Order(ECF 69), Proposed Findings together with supporting materials (ECF 70-72); the Default Judgment Order (ECF 67) and a copy of this Order by email to

any of Defendants' email address known to Plaintiffs and by mail to Defendant Quality Furniture NY LLC, at 14 SMART AVENUE, APT 2, YONKERS, NY, UNITED STATES, 10704, Defendants Bargain House By Quality Furniture Inc. and Bargain House By Quality Furniture Inc. at 381 N. CENTRAL AVE, WHITE PLAINS, NY 10606; and Defendant Issa Nasrallah at 120 ROCKLAND PLAZA, NANUET, NY 10954. Defendants have until the earlier of one week from service of Plaintiffs' Proposed Findings to file responses, if any.

If Plaintiffs have already served Defendants with the Proposed Findings together with supporting materials in compliance with my Inquest Order, I am sua sponte extending nunc pro tunc the deadline until October 28, 2024 for Plaintiffs to file proof of service on the docket.

DATED: October 25, 2024
New York, New York

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge