USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/2/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Camilo Holguin, Astrid Coello, and Tomaz Laskawski,

                Plaintiffs,

-against-

Quality Furniture NY LLC, Bargain House by Quality Furniture Inc., Bargain House by Quality Furniture NY Inc., and Issa Nasrallah,

                Defendants.

23 Civ. 04 (AT) (RFT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 8, 2024, the Honorable Robyn F. Tarnofsky issued a Report and Recommendation (the "R&R") in this matter. ECF No. 75. However, Plaintiffs have not filed proof that they served the R&R on Defendants. Accordingly, by **December 9, 2024**, Plaintiffs shall either (1) file proof of service on the docket or (2) serve Defendants with the R&R and file proof of service.

    SO ORDERED.

Dated: December 2, 2024
       New York, New York

                                    ANALISA TORRES
                                United States District Judge