UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Camilo Holguin, Astrid Coello, and Tomaz
Laskawski, *on behalf of themselves and others*
*similarly situated in the proposed FLSA*
*Collective Action,*

|  |  |
|---|---|
| *Plaintiffs*, | Case No.: 23-cv-00004 |

**AFFIRMATION OF SERVICE**

- against –

Quality Furniture NY LLC, Bargain House by
Quality Furniture Inc., Bargain House by Quality
Furniture NY Inc., and Issa Nasrallah,

*Defendants*.
------------------------------------------------------------X

JASON MIZRAHI, an attorney duly admitted to practice law in the State of New York,

hereby declares under penalty of perjury that on December 3, 2024,  I have served a copy of the

December 2, 2024 Order adopting Report and Recommendations [Dckt. No. 75] entered by the

Honorable Magistrate Dora Lizette Irizzarry (i) by USPS overnight mail, addressed to the

individual(s) as indicated below: Upon information and belief, these individuals are not

incompetent persons nor infants nor in the military service of the United States, as defined by the

Act of Congress known as the "Soldiers' and Sailors' Civil Relief Act" of 1940 and in the New

York "Soldiers' and Sailors' Civil Relief Act.

Issa Nasrallah
169-09 Jamaica Avenue, Queens, NY 11432
120 Rockland Plaza, Nanuet, NY 10954
133-40 79th Street, Howard Beach, NY 11414
14 Smart Avenue , Apt 2, Yonkers, NY 10704
381 N. Central Ave, White Plains, NY 10606

Quality Furniture NY LLC
169-09 Jamaica Avenue, Queens, NY 11432
120 Rockland Plaza, Nanuet, NY 10954
133-40 79th Street, Howard Beach, NY 11414
14 Smart Avenue, Apt 2, Yonkers, NY 10704
381 N. Central Ave, White Plains, NY 10606

Bargain House by Quality Furniture Inc.
169-09 Jamaica Avenue, Queens, NY 11432
120 Rockland Plaza, Nanuet, NY 10954
133-40 79th Street, Howard Beach, NY 11414
381 N. Central Ave, White Plains, NY 10606
14 Smart Avenue, Apt 2, Yonkers, NY 10704

Bargain House by Quality Furniture NY Inc.
169-09 Jamaica Avenue, Queens, NY 11432
120 Rockland Plaza, Nanuet, NY 10954
133-40 79th Street, Howard Beach, NY 11414
381 N. Central Ave, White Plains, NY 10606
14 Smart Avenue, Apt 2, Yonkers, NY 10704

Dated: New York, New York
　　　December 3, 2024

By:　/s/ Jason Mizrahi, Esq.
　　　Jason Mizrahi, Esq.
　　　Levin Epstein & Associates, P.C.
　　　60 East 42nd Street, Suite 4700
　　　New York, NY 10165
　　　Tel. No.: (212) 792-0048
　　　Email: Jason@levinepstein.com
　　　*Attorneys for Plaintiffs*