UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Camilo Holguin, Astrid Coello, and Tomaz Laskawski,

        Plaintiffs,

-against-

Quality Furniture NY LLC, Bargain House by Quality Furniture Inc., Bargain House by Quality Furniture NY Inc., and Issa Nasrallah,

        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/2025
```

23 Civ. 04 (AT) (RFT)

**ORDER**

ANALISA TORRES, District Judge:

    On November 8, 2024, the Honorable Robyn F. Tarnofsky issued a report and recommendation (the "R&R") in this matter. ECF No. 75. On December 2, 2024, the Court ordered Plaintiffs to serve Defendants with the R&R and file proof of service on the docket. ECF No. 76. The following day, Plaintiffs filed an affidavit stating that they had served Defendants with an order in a seemingly unrelated matter. *See* ECF No. 77.

    Accordingly, by **January 8, 2025**, Plaintiffs shall either (1) file a corrected proof of service on the docket or (2) serve Defendants with the correct R&R and file proof of service on the docket.

    SO ORDERED.

Dated: January 2, 2025
       New York, New York

ANALISA TORRES
United States District Judge