```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/8/2025__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Camilo Holguin, Astrid Coello, and Tomaz Laskawski,

                Plaintiffs,

-against-

Quality Furniture NY LLC, Bargain House by Quality Furniture Inc., Bargain House by Quality Furniture NY Inc., and Issa Nasrallah,

                Defendants.

23 Civ. 04 (AT) (RFT)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, District Judge:

    On January 1, 2023, Plaintiffs Camilo Hoguin and Astrid Coello filed this action against Defendants, Quality Furniture NY LLC, Bargain House by Quality Furniture Inc., Bargain House by Quality Furniture NY Inc., and Issa Nasrallah, alleging violations of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, and the New York Labor Law § 190 *et seq.*, in addition to breach of contract. *See generally* Compl., ECF No. 1. On September 14, 2023, Tomaz Laskawski opted into the suit as an additional plaintiff. *See* ECF Nos. 42, 44–45. Defendants did not respond to the complaint, and on October 31, 2023, Plaintiffs moved for entry of a default judgment. ECF Nos. 48–54, 57–59. The Court ordered Defendants to show cause why it should not enter a default judgment, ECF No. 60, but Defendants never responded. On January 30, 2024, the Court held a hearing and entered a default judgment against Defendants. Dkt. Entry 1/30/24; ECF No. 67.

    The Court subsequently referred this action to the Honorable James L. Cott for an inquest on damages, and the matter was reassigned to the Honorable Robyn F. Tarnofsky. ECF No. 68; Dkt. Entry 1/31/24. Plaintiffs filed their proposed findings of fact and conclusions of law. ECF No. 70; *see also* ECF Nos. 71–72. Defendants did not make any filings. After careful consideration, Judge Tarnofsky issued a report (the "R&R") recommending that the Court award Plaintiffs $397,796.76 in damages, comprised of (1) $21,450 in unpaid minimum wages, (2) $155,598.20 in unpaid overtime wages, (3) $177,048.20 in liquidated damages, and (4) $43,700.36 in pre-judgment simple interest, plus $43.66 per day in pre-judgment simple interest for every day after November 8, 2024, until the Clerk of Court enters a final judgment. R&R at 2, ECF No. 75. Judge Tarnofsky further recommended that the Court award Plaintiffs $9,439.55 in attorneys' fees and costs, and post-judgment interest. *Id.* Although they were notified of their right to object to the R&R, Defendants did not object, and the time to do so has passed. *See id.* at 43; Fed. R. Civ. P. 72(b)(2); Dkt. Entry 79. The Court, therefore, reviews the R&R for clear error. *See Whitley v. Bowden*, No. 17 Civ. 3564, 2019 WL 1953941, at *1 (S.D.N.Y. May 1, 2019) (collecting cases). The Court finds no clear error in Judge Tarnofsky's thorough R&R.

Accordingly, the Court ADOPTS Judge Tarnofsky's R&R in its entirety.  The Clerk of Court is respectfully directed to enter judgment in favor of Plaintiffs and against Defendants as follows:

1. $21,450 in unpaid minimum wages;
2. $155,598.20 in unpaid overtime wages;
3. $177,048.20 in liquidated damages;
4. $43,700.36 in pre-judgment simple interest, plus $43.66 per day in pre-judgment simple interest for every day after November 8, 2024, until the date of judgment;
5. $9,439.55 in attorneys' fees and costs; and
6. Post-judgment interest pursuant to 28 U.S.C. § 1961.

The Clerk of Court is further directed to close the case.

SO ORDERED.

Dated: January 8, 2025
New York, New York

_____
ANALISA TORRES
United States District Judge