UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Camilo Holguin, Astrid Coello, and Tomaz Laskawski,

                    Plaintiffs,                    23 **CIVIL** 0004 (AT)(RFT)

      -against-                          **JUDGMENT**

Quality Furniture NY LLC, Bargain House by
Quality Furniture Inc., Bargain House by Quality
Furniture NY Inc., and Issa Nasrallah,

                    Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 08, 2025, the Court ADOPTS Judge Tarnofsky's R&R in its entirety. Judgment is entered in favor of Plaintiffs and against Defendants as follows:

1. $21,450 in unpaid minimum wages;

2. $155,598.20 in unpaid overtime wages;

3. $177,048.20 in liquidated damages;

4. $43,700.36 in pre-judgment simple interest, plus $43.66 per day in pre-judgment simple interest for every day after November 8, 2024, until the date of judgment in the amount of $2,750.58;

5. $9,439.55 in attorneys' fees and costs; and

6. Post-judgment interest pursuant to 28 U.S.C. § 1961. Accordingly, the case is closed.

**Dated:** New York, New York
          January 10, 2025

                                                    **TAMMI M. HELLWIG**
                                                      **Clerk of Court**

                                      By,      _____
                                                           Deputy Clerk