UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

Camilo Holguin, Astrid Coello and Tomas Laskawski,
*on behalf of themselves and others similarly situated in the proposed FLSA Collective Action*,

Case No: 1:23-cv-00004

*Plaintiff*s,

- against -

**AFFIRMATION OF SERVICE FOR SUBPOENA AND RESTRAINING NOTICE**

Quality Furniture NY LLC, Bargain House by Quality Furniture Inc., Bargain House by Quality Furniture NY Inc., and Issa Nasrallah,

*Defendants*.
-----------------------------------------------------------------X

JASON MIZRAHI, an attorney duly admitted to practice law in the State of New York, hereby declares that on March 12, 2025, I have served a true and correct copy of Plaintiffs Camilo Holguin, Astrid Coello and Tomas Lask (collectively the "Plaintiffs") Information Subpoena and Restraining Notice propounded on JP Morgan Chase Bank Nation Association, as set forth below. Upon information and belief, none of the aforesaid persons is in the military service as defined by the Act of Congress known as the "Soldiers' and Sailors' Civil Relief Act" of 1940 and in the New York "Soldiers' and Sailors' Civil Relief Act."

   Quality Furniture NY LLC
   100 Rockland Plaza, Spc. 13A
   Nanuet, NY 10954
   *By First Class Mail*

Dated:  New York, New York
        March 12, 2025

LEVIN EPSTEIN & ASSOCIATES, P.C.

By: /s/ Jason Mizrahi, Esq.
    Jason Mizrahi, Esq.

420 Lexington Ave, Suite 2458
New York, NY 10170
Tel. No.: (212) 792-0048
Email: Jason@levinepstein.com
*Attorneys for Plaintiff*

Cc:     All parties via ECF