**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Camilo Holguin, Astrid Coello, and Tomaz Laskawski,

                Plaintiffs,                23 **CIVIL** 0004 (AT)(RFT)

      -against-                            **AMENDED JUDGMENT**

Quality Furniture NY LLC, Bargain House by
Quality Furniture Inc., Bargain House by Quality
Furniture NY Inc., and Issa Nasrallah,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 08, 2025, and the Court's Order dated 4/2/2025, the Court ADOPTS Judge Tarnofsky's R&R in its entirety. Judgment is entered in favor of Plaintiffs and against Defendants as follows: 1. $21,450 in unpaid minimum wages; 2. $155,598.20 in unpaid overtime wages; 3. $177,048.20 in liquidated damages; 4. $43,700.36 in pre-judgment simple interest, plus $43.66 per day in pre-judgment simple interest for every day after November 8, 2024, until the date of judgment in the amount of $2,750.58; 5. $9,439.55 in attorneys' fees and costs; and 6. Post-judgment interest pursuant to 28 U.S.C. § 1961.  The Court has also GRANTED Plaintiffs' request to amend the case caption and the judgment entered on January 10, 2025, to reflect the fact that Defendant "Issa Nasrallah" also goes by the pseudonym "Isaac Nasrallah."; accordingly, the case is closed.

**Dated:**  New York, New York
          April 3, 2025

                                                **TAMMI M. HELLWIG**
                                                   **Clerk of Court**

          **BY:**              *K. Mango*

                                                      **Deputy Clerk**