UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Camilo Holguin, Astrid Coello, and Tomaz Laskawski,

                  Plaintiffs,

-against-

Quality Furniture NY LLC, Bargain House by Quality Furniture Inc., Bargain House by Quality Furniture NY Inc., and Issa Nasrallah,

                  Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/7/2025_

23 Civ. 04 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiffs' motion for a turnover order at ECF No. 88. Accordingly:

1. By **April 8, 2025**, Plaintiffs shall serve a copy of this order, their motion, and any supporting documents on Respondent, JPMorgan Chase Bank, N.A. ("Chase Bank");
2. By **April 9, 2025**, Plaintiffs shall file proof of such service on the docket;
3. By **April 14, 2025**, Chase Bank shall respond to Plaintiffs' motion; and
4. By **April 17, 2025**, Plaintiffs shall file their reply, if any.

SO ORDERED.

Dated: April 7, 2025
       New York, New York

                                            ANALISA TORRES
                                            United States District Judge